THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Heather Eagle*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HEATHER EAGLE,<br><br>　　　　Defendant. | CASE NO: 2:19-cr-071-RFB-PAL<br><br>**STIPULATION AND ORDER FOR PRETRIAL RELEASE UPON CONDITIONS** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between KEVIN SCHIFF, Assistant United States Attorney, and THOMAS A. ERICSSON, ESQ., counsel for HEATHER EAGLE, that Ms. Eagle be released from pretrial detention. The parties have been notified that a bed will be available at Westcare, a residential treatment facility, on Friday, April 26, 2019. The bed will be available to Ms. Eagle as soon as she is ordered to be released. Pretrial Services has agreed to coordinate her immediate transfer to the Westcare facility.

　　　　Pretrial Services recommends that Ms. Eagle be released on a Personal Recognizance Bond on Friday, April 26, 2019, at 9:00 a.m., from the U.S. Marshals to Pretrial Services for transportation to inpatient treatment with the following conditions of release:

1

1. Ms. Eagle shall report to U.S. Pretrial Services for supervision.

2. Ms. Eagle's travel is restricted to Clark County, Nevada.

3. Ms. Eagle shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.

4. Ms. Eagle shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.

5. Ms. Eagle shall refrain from possessing a firearm, destructive device, or other dangerous weapons.

6. Ms. Eagle shall submit to any testing required by Pretrial Services or the supervising officer to determine whether Ms. Eagle is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. Ms. Eagle shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.

7. Ms. Eagle shall pay all or part of the cost of the testing program based upon her ability to pay as Pretrial Services or the supervising officer determines.

8. Ms. Eagle shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

9. Ms. Eagle shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.

10. Ms. Eagle shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if Pretrial Services or the supervising officer considers it advisable.

11. Ms. Eagle shall pay all or part of the cost of the substance abuse treatment program or evaluation based upon her ability to pay as determined by Pretrial Services or the supervising officer.

12. Ms. Eagle shall undergo medical or psychiatric treatment.

13. Ms. Eagle shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.

14. Ms. Eagle shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon her ability to pay as determined by Pretrial Services or the supervising officer.

15. Once discharged from inpatient treatment, the defendant shall maintain residence as approved by Pretrial Services and may not move prior to obtaining permission from the Court, Pretrial Services, or the supervising officer.

DATED: April 22, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson, Esq.* | */s/ Kevin Schiff* |
| THOMAS A. ERICSSON, ESQ. | KEVIN SCHIFF, ESQ. |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, |
| Las Vegas, Nevada 89145 | Suite 1100 |
| *Counsel for Heather Eagle* | Las Vegas, Nevada 89101 |
| | *Counsel for the United States of America* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 26th day of April, 2019.