**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HEATHER EAGLE,<br><br>    Defendant. | CASE NO:  2:19-cr-071-JAD-NJK<br><br>ORDER GRANTING PARTIES'<br>STIPULATION ALLOWING<br>DEFENDANT TO TRAVEL |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER BURTON, Assistant United States Attorney, and THOMAS A. ERICSSON, ESQ., counsel for HEATHER EAGLE, that Ms. Eagle be allowed to travel to the state of Georgia from Friday, February 5, 2021, through Monday, February 8, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     Ms. Eagle will return to Nevada on or before Monday, February 8, 2021. Pretrial
2  Services has contacted both Ms. Eagle's counsel and counsel for the Government, and
3  Pretrial Services has no objection to Ms. Eagle's travel plans.

DATED: February 1, 2021

Respectfully submitted,

/s/ Thomas A. Ericsson, Esq.  
THOMAS A. ERICSSON, ESQ.  
1050 Indigo Drive, Suite 120  
Las Vegas, Nevada 89145  
*Counsel for Heather Eagle*

/s/ Christopher Burton  
CHRISTOPHER BURTON, ESQ.  
501 Las Vegas Boulevard, South,  
Suite 1100  
Las Vegas, Nevada 89101  
*Counsel for the United States of America*

IT IS SO ORDERED.

_____  
UNITED STATES MAGISTRATE JUDGE

DATED this __2nd__ day of __February__, 2021.

2