# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　vs.<br><br>HEATHER EAGLE,<br>　　　　Defendant. | CASE NO: 2:19-cr-071-JAD-NJK-4<br><br>**ORDER TO<br>ALLOW DEFENDANT TO TRAVEL** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER BURTON, Assistant United States Attorney, and THOMAS A. ERICSSON, ESQ., counsel for HEATHER EAGLE, that Ms. Eagle be allowed to travel to the state of Florida from Saturday, March 27, 2021, through Thursday, April 1, 2021.  Ms. Eagle will return to Nevada on or before Thursday, April 1, 2021. Ms. Eagle will provide Pretrial Services with her travel itinerary prior to leaving the state of Nevada.

/ / /

/ / /

/ / /

1

Pretrial Services has spoken with both Ms. Eagle's counsel and counsel for the Government, and Pretrial Services has no objection to Ms. Eagle's travel plans.

DATED: March 4, 2021

Respectfully submitted,

/s/ Thomas A. Ericsson, Esq.
THOMAS A. ERICSSON, ESQ.
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
*Counsel for Heather Eagle*

/s/ Christopher Burton
CHRISTOPHER BURTON, ESQ.
501 Las Vegas Boulevard, South,
Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States of America*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this **8th** day of **March**, 2021.